# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE ENGLAND, <br><br> Plaintiff <br><br> v. <br><br> STATE OF NEVADA, *et a*l., <br><br> Defendants | Case No. 3:19-cv-00727-APG-WGC <br><br> ORDER |

## I. DISCUSSION

On December 11, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On December 16, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate or inmate account statement for the past six months from the NDOC yet. (ECF No. 4). Also, set forth in Plaintiff's motion for extension of time, Plaintiff requests the Court waive the filing fee until the NDOC processes the Plaintiff's request. Plaintiff is advised the Court is not able to waive the financial certificate and inmate account statement. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Therefore, the Court will construe Plaintiff's motion for extension of time <u>only</u> as a motion for extension of time to file his inmate account statement for the past six months and a properly executed financial certificate. The Court grants Plaintiff's motion for extension of time. (ECF No. 4). Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Friday, February 14, 2020**.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time

(ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **Friday, February 14, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including both an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: December 18, 2019

William G. Cobb
UNITED STATES MAGISTRATE JUDGE