# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE ENGLAND, ) | 3:19-cv-00727-APG-WGC |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | January 4, 2021 |
| STATE OF NEVADA, et al., ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion "Re: Status Check" (ECF No. 10).

Plaintiff's Motion "Re: Status Check" (ECF No. 10) is **DENIED** as moot in light of the Screening Order dismissing Plaintiff's Complaint (ECF No. 7) and Judgment (ECF No. 9).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
Deputy Clerk